**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NATIONSRENT, INC., et al., | ) | Case Nos.: 01-11628 through |
| | ) | 01-11639 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | |
| NationsRent Unsecured Creditor's | ) | |
| Liquidating Trust, Perry Mandarino, not personally, | ) | |
| but as Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | District Court No.: 04-CV-739 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| HARTE-HANKS, | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DEFENDANT, HARTE-HANKS, DISCLOSURES UNDER
RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that Defendant, Harte-Hanks, did serve Defendant, Harte-Hanks', Initial Disclosures Under Rule 26(a)(1) Of The Federal Rules Of Civil Procedure, on October 25, 2005, via first class mail upon the parties identified on the attached service list.

Dated: October 25, 2005          ELZUFON AUSTIN REARDON
                                  TARLOV & MONDELL PA

                                  */s/ Charles J. Brown, III*
                                  Charles J. Brown, III (Bar No. 3368)
                                  300 Delaware Avenue, Suite 1700
                                  Wilmington, Delaware 19899-1630
                                  (302) 428-3181

                                  *Co-Counsel to Harte-Hanks*

## **SERVICE LIST**

Neil B. Glassman
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Paul Kizel
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068