## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 3rd day of May, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Charles J. Brown, III, Esquire
*Elzufon Austin Reardon Tarlov & Mondell, P.A.*
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

_____
Mary E. Augustine (No. 4477)

3